UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 5:20-MJ-00015 JLT |
| Plaintiff, | ) | **ORDER APPOINTING COUNSEL** |
| vs. | ) | |
| DANIEL DURLAND, | ) | |
| Defendant. | ) | |

The defendant has attested to his financial inability to employ counsel and wishes the Court to appoint counsel to represent him. Therefore, in the interests of justice and according to Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Emily de Leon is APPOINTED to represent the above defendant in this case effective *nunc pro tunc* to July 16, 2020. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: __**July 20, 2020**__             __/s/ Jennifer L. Thurston__
                                  UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28